CHARLOTTE A. WILLIAMS v. JAMES AND
PATRICIA PENSABENE.

May 28, 1987.

Petition for certification denied.


STATE OF NEW JERSEY v. LOUIS CHIPPAS.

May 28, 1987.

Petition for certification denied.


STATE OF NEW JERSEY v. LOUIS CHIPPAS.

May 28, 1987.

Cross-petition for certification denied.


TOM ALLEN v. RUTGERS, THE STATE UNIVERSITY
OF NEW JERSEY.

May 28, 1987.

Petition for certification denied.   (See 216 *N.J.Super.* 189)